IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISCOVERORG DATA LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BITONIC TECHNOLOGY LABS, INC., d/b/a )<br>YELLOWMESSENGER, )<br>)<br>    Defendant. ) | C.A. No. 20-37-LPS |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which Defendant Bitonic Technology Labs, Inc., d/b/a Yellowmessenger must answer, move, or otherwise respond to the Complaint in the above action is extended through and including March 13, 2020.

| RICHARDS, LAYTON & FINGER, P.A. | ASHBY & GEDDES |
|---|---|
| */s/ Alexandra M. Ewing* | */s/ Andrew C. Mayo* |
| Steven J. Fineman (#4025) | Andrew C. Mayo (#5207) |
| Alexandra M. Ewing (#6407) | F. Troupe Mickler IV (#5361) |
| One Rodney Square | 500 Delaware Avenue, 8th Floor |
| 920 N. King Street | P.O. Box 1150 |
| Wilmington, DE  19801 | Wilmington, DE  19899 |
| (302) 651-7700 | (302) 654-1888 |
| fineman@rlf.com | amayo@ashbygeddes.com |
| ewing@rlf.com | tmickler@ashbygeddes.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED, this _____ day of March, 2020.

_____
Chief Judge

{01537599;v1 }